UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSON TEFERI, by his Guardian Ad Litem, RUTH BERHANE; and RUTH BERHANE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DELTA AIRLINES, INC., et al.,<br><br>　　　　　Defendants. | Case No.: C 12-05926 KAW<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

　　　　A case management conference is currently scheduled in the above-captioned case for December 3, 2013. The court hereby continues that case management conference to February 11, 2014 at 1:30 p.m. The parties shall file their joint case management conference statement by February 4, 2014.

　　　　IT IS SO ORDERED.

Dated: November 25, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1