# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSON TEFERI, by his Guardian Ad Litem, RUTH BERHANE; and RUTH BERHANE,<br><br>           Plaintiffs,<br><br>    v.<br><br>DELTA AIRLINES, INC., et al.,<br><br>           Defendants. | Case No.: C 12-05926 KAW<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND VACATING PRE-TRIAL AND TRIAL DATES |

A case management conference is currently scheduled in the above-captioned case for February 11, 2014. The parties filed a joint status report on February 5, 2014. In that report, the parties indicate that they were able to resolve this case at mediation. They also indicate that they anticipate filing a motion to approve minor's compromise and an accompanying motion to file those documents under seal within a week. The parties state that upon approval of the minor's compromise, signing of the settlement documents, and funding of the settlement, they will file a stipulation for dismissal with prejudice.

Accordingly, the court hereby vacates the case management conference currently set for February 11, 2014 and sets a status conference for May 6, 2014 at 1:30 p.m. All pre-trial and trial dates are hereby vacated. The court further orders that prior to filing any administrative motion to file documents under seal, the parties review Civil Local Rule 79-5 and ensure that their administrative motion to file documents under seal complies with that rule's requirements.

IT IS SO ORDERED.

Dated: February 7, 2014

                                                        KANDIS A. WESTMORE
                                                        United States Magistrate Judge