United States District Court
Northern District of California

SAMSON TEFERI, et al.,

        Plaintiffs,

  v.

DELTA AIR LINES, INC., et al.,

        Defendants.

Case No.: 12-5926-KAW

ORDER VACATING APRIL 17, 2014 MOTION HEARING

Plaintiff's unopposed application for approval of minor's compromise is set for hearing on April 17, 2014. Pursuant to Civil Local Rule 7-1(b), the Court deems the matter suitable for disposition without oral argument. Accordingly, the April 17, 2014 hearing is hereby vacated.

IT IS SO ORDERED.

Dated: April 15, 2014

                                  KANDIS A. WESTMORE
                                  United States Magistrate Judge