Richard G. Grotch, Esq. – SBN 127713
Gina J. Beltramo, Esq. – SBN 203809
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, CA  94065-2133
Telephone: (650) 592-5400
Facsimile:   (650) 592-5027

**ATTORNEYS FOR** Defendants
DELTA AIR LINES, INC. and
MESABA AVIATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSON TEFERI, by his Guardian ad Litem, RUTH BERHANE; and RUTH BERHANE,<br><br>Plaintiffs,<br><br>vs.<br><br>DELTA AIR LINES, INC., a corporation, et al.,<br><br>Defendants. | Case No.   C 12-5926 KAW (MED)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DISMISSAL WITH PREJUDICE AS TO CLAIM OF RUTH BERHANE, AN INDIVIDUAL, <u>ONLY</u><br><br>Honorable Kandis A. Westmore<br>United States Magistrate Judge |

IT IS HEREBY STIPULATED by and between plaintiff RUTH BERHANE, individually and defendants MESABA AVIATION, INC. and DELTA AIR LINES, INC., through their respective counsel of record, that all the claims of plaintiff RUTH BERHANE, in her capacity as an individual *only*, are dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear her or its own attorneys' fees and costs of suit.

///

///

1

IT IS SO STIPULATED.

Dated: March 31, 2014    LAW OFFICES OF DAN PRICE

/s/ *Daniel R. Price*

By: _____
    Dan Price
    Attorneys for Plaintiffs

Dated: April 17, 2014    CODDINGTON, HICKS & DANFORTH

/s/ *Richard G. Grotch*

By: _____
    Richard G. Grotch (*)
    Gina J. Beltramo
    Attorneys for Defendants
    Delta Air Lines, Inc. and
    Mesaba Aviation, Inc.

## [~~PROPOSED~~] ORDER

Upon consideration of the foregoing Stipulation for Dismissal with Prejudice, it is hereby ordered that the claim of plaintiff RUTH BERHANE, *in her individual capacity only*, be, and hereby are, dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear her or its own attorneys' fees and costs of suit.

IT IS SO ORDERED.

Dated: April 23, 2014

_____
Honorable Kandis A. Westmore
United States Magistrate Judge