Richard G. Grotch, Esq. – SBN 127713
Gina J. Beltramo, Esq. – SBN 203809
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, CA  94065-2133
Telephone: (650) 592-5400
Facsimile:   (650) 592-5027

**ATTORNEYS FOR** Defendants
DELTA AIR LINES, INC. and
MESABA AVIATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSON TEFERI, by his Guardian ad Litem, RUTH BERHANE; and RUTH BERHANE, <br><br> Plaintiffs, <br><br> vs. <br><br> DELTA AIR LINES, INC., a corporation, et al., <br><br> Defendants. | Case No.  C 12-5926 KAW (MED) <br><br> STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE <br><br> Honorable Kandis A. Westmore <br> United States Magistrate Judge |

IT IS HEREBY STIPULATED by and between plaintiff RUTH BERHANE,

individually and as guardian ad litem for SAMSON TEFERI, a minor, and defendants

MESABA AVIATION, INC. and DELTA AIR LINES, INC., through their respective counsel

of record, that all the claims of plaintiffs herein are dismissed with prejudice pursuant to Rule

41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear her or its own

attorneys' fees and costs of suit.

///

///

1

IT IS SO STIPULATED.

Dated:  May 28, 2014                    LAW OFFICES OF DAN PRICE

/s/ *Daniel R. Price*

By: _____
    Daniel R. Price
    Attorneys for Plaintiffs

Dated:  May 28, 2014                    CODDINGTON, HICKS & DANFORTH

/s/ *Richard G. Grotch*

By: _____
    Richard G. Grotch (*)
    Gina J. Beltramo
    Attorneys for Defendants
    Delta Air Lines, Inc. and
    Mesaba Aviation, Inc.

## [PROPOSED] ORDER

Upon consideration of the foregoing Stipulation for Dismissal with Prejudice, it is hereby ordered that this case is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear her or its own attorneys' fees and costs of suit.

IT IS SO ORDERED.

Dated:  __6/2_____, 2014

_____
Honorable Kandis A. Westmore
United States Magistrate Judge

Stipulation and [Proposed] Order of Dismissal
Case No:  C 12-5926 KAW (MED)